IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WU FA WANG,**

    Petitioner,

vs.                                               Case Number 4:05cv441-MP/WCS

**TOM RIDGE, SECRETARY
OF HOMELAND SECURITY, et al.,**

    Respondents.

_____/

## AMENDED REPORT AND RECOMMENDATION

On June 29, 2006, a report and recommendation was entered recommending that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be granted. Doc. 16. On August 1, 2006, Petitioner has now filed a document, doc. 18, which requests that the petition "be withdrawn without prejudice" because "Petitioner has been released from ICE custody on July 24, 2006." *Id.* The document is construed as a motion to voluntarily dismiss the petition as moot. A copy of that document was provided to opposing counsel.

Rule 41(a)(1)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves his answer or files a motion for summary judgment. FED. R. CIV. P. 41(a). Alternatively, the

action could be dismissed upon a stipulation of dismissal. FED. R. CIV. P. 41(a)(1)(ii). Because Respondent already filed an answer, and the dismissal request is not stipulated nor signed by all parties, a court order is required. FED. R. CIV. P. 41(a)(2).

It is evident that this petition, which requested release from custody, is moot. Thus, the motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a) should be granted. Thus, the prior report and recommendation, doc. 16, is withdrawn and this amended report and recommendation is entered instead.

Accordingly, it is **RECOMMENDED** that Petitioner's request to withdraw the petition, doc. 18, construed as a motion to voluntarily dismiss this action, be **ACCEPTED** and this case be administratively closed as Petitioner Wu Fa Wang has been granted the relief sought in the petition for a writ of habeas corpus, doc. 1.

**IN CHAMBERS** at Tallahassee, Florida, on August 2, 2006.

s/ William C. Sherrill, Jr.
WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**