IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WU FA WANG,

    Petitioner,

v.                                            CASE NO. 4:05-cv-00441-MP-WCS

TOM RIDGE, SECRETARY
OF HOMELAND SECURITY, et al.,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, Amended Report and Recommendation of the Magistrate Judge. The Magistrate Judge filed a Report and Recommendation dated Wednesday, August 2, 2006. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* review of those portions to which an objection has been made. Here, however, no objections were made. The Magistrate recommends granting Petitioner's Motion to Withdraw Petition of Habeas Corpus, Doc. 18, which the Magistrate construes as motion to voluntarily dismiss. Because Petitioner has been granted the relief sought, his petition is now moot. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted, and Petitioner's motion should be granted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's request to withdraw the petition, Doc. 18, construed as a motion to voluntarily dismiss this action, is granted.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** this   *1st* day of September, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
